Apr/26/2024 4:25:43 PM     Ryan 40652130     4/4

**FILED**

04/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0155

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT DOCKET NO. DA 24-0155

---

**DANIEL R. WOOD,**

*Petitioner & Appellant,*

*vs.*

**STATE OF MONTANA,**

*Respondent & Appellee.*

---

## Order Granting Extension Of Time

---

It is hereby ordered that Daniel Wood is granted an extension of 30 days to file the Appellant's Opening Brief. The original due date was April 25th. The new deadline is May 24th.

BY: _____

_____
JUSTICE, MTSC